UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RODULFO PERAFAN OME, | Case No. 26-cv-07855-VC |
| Petitioner, | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| v. | Re: Dkt. No. 4 |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

In light of the burden imposed by the influx of immigration-detention cases, the order granting the motion for an emergency TRO is extended for 14 days. Dkt. No. 4; *see* Fed. R. Civ. P. 65(b)(2). The government is enjoined and restrained from re-detaining the petitioner or removing him from the United States until the earlier of August 25, at 5 p.m., or the time that he is given a pre-deprivation hearing before a neutral decisionmaker.

**IT IS SO ORDERED.**

Dated: August 10, 2026

_____
VINCE CHHABRIA
United States District Judge